```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


GLOBAL AEROSPACE, INC.,
                                          NO. CIV. S-06-594 LKK/KJM
          Plaintiff,

     v.                                      O R D E R

ARTHUR J. GALLAGHER & CO.
INSURANCE BROKERS OF
CALIFORNIA, INC.,

          Defendant.
                                    /
```

A hearing on this case was scheduled for July 10, 2006 at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to plaintiff's motion to dismiss defendant's counterclaim. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing.  On June 26, 2006, defendant filed a statement of non-opposition, but conditioned such non-opposition on the court granting its

1

1  concurrent request to allow it to amend its answer and
2  counterclaim.
3       Defendant explains that its amended answer and counterclaim
4  would "obviate the need for [plaintiff's motion to dismiss]."
5  Def.'s Mot. at 2.  Defendant also explains, however, that when it
6  asked plaintiff's counsel to stipulate to the filing of the amended
7  answer and counterclaim in lieu of further briefing and hearing on
8  the motion to dismiss the counterclaim, plaintiff's counsel stated
9  that "she had not had an opportunity to review the pleading and
10 would not have the opportunity to do so before the date on which
11 an opposition . . . was due."  Def.'s Mot. at 2.  Because
12 plaintiff's counsel effectively refused to stipulate to defendant's
13 request to allow it to amend its pleadings, and because defendant
14 has failed to provide the court with any briefing on whether it is
15 entitled to amend such pleadings, the court hereby ORDERS as
16 follows:
17     1.  The July 10, 2006 hearing date on the motion to dismiss
18 is VACATED.
19     2.  Defendant is directed to CONTACT this court's courtroom
20 deputy, Ana Rivas, at (916) 930-4133, to ascertain dates upon which
21 Law & Motion will be heard and to properly notice its motion to
22 amend its pleadings before that date.
23 ////
24 ////
25 ////
26 ////

2

1      3.  The court DEFERS ruling on plaintiff's motion to dismiss
2 defendant's counterclaim pending resolution of the motion to amend
3 discussed in ¶ 2.
4      IT IS SO ORDERED.
5      DATED:  June 28, 2006.

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT