UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLOBAL AEROSPACE, INC.,

            NO. CIV. S-06-594 LKK/KJM

    Plaintiff,

  v.                           O R D E R

ARTHUR J. GALLAGHER & CO.
INSURANCE BROKERS OF
CALIFORNIA, INC.,

    Defendant.
_____/

    The court is in receipt of defendant's motion for leave to file an amended answer and counterclaim against plaintiff, Global Aerospace, Inc.

    Defendant moves to amend under Federal Rule of Civil Procedure 15(a). Rule 15 does not provide the standard by which to consider a motion to amend at this time. Because a scheduling order has been issued in this case, defendant's motion to amend is governed by Federal Rule of Civil Procedure 16(b), not Rule 15. Thus, the defendant's motion to amend under Rule 15 is untimely. See Johnson

1

1  v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).
2      For this reason, defendant has not made the requisite showing
3  under Rule 16(b) and therefore the motion to amend is DENIED
4  without prejudice.
5      The hearing on the motion to amend, originally set for
6  September 25, 2006 at 10:00 a.m. is hereby VACATED.
7  IT IS SO ORDERED.
8  DATED: September 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2