IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLOBAL AEROSPACE, INC.,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-0594 LKK  KJM

    vs.

ARTHUR J. GALLAGHER AND CO.,

    Defendant.　　　　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff's motion to compel deposition and defendant's motion to compel discovery and quash subpoena came on regularly for hearing October 11, 2006.  Marla Weston appeared for plaintiff.  George Velcich and Christina Nugent appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. Plaintiff's motion to compel deponent Logan to attend deposition is denied without prejudice to its renewal upon proper service of a duly issued subpoena.  Deponent's motion to quash is denied as unnecessary.

    2. Defendant's motion to compel plaintiff to produce employees for deposition in Sacramento is denied.

/////

1        3.  The motion to compel discovery is granted.  The parties have resolved their dispute with respect to certain interrogatories; as to these, plaintiff shall provide responses as agreed to in the joint stipulation.  With respect to the remaining discovery in dispute, within ten days, plaintiffs shall provide further, verified responses, without objection, to interrogatories 2, 4-11, 13, 15, 16 and 19, and produce responsive documents to requests for production of documents 11-13 and 17.  In responding to said discovery, plaintiff shall explain in the verified interrogatory responses its position with respect to the terms "Captain" and "Pilot-in-Command."  The information requested in the discovery shall be provided as it pertains to both terms; where, in response to interrogatories, the information as it pertains to one term differs materially from the information as it pertains to the other term, plaintiff shall so state in the response.  In responding to the requests for production of documents, if no responsive documents exist, plaintiff shall so state in a verified response.  Further, plaintiff shall respond to document request numbers 13 and 17 as clarified by the defendant in the joint stipulation with regard to what information is sought by way of these requests.

DATED:  October 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
global.oah