IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLOBAL AEROSPACE, INC.,

    Plaintiff,                                  No. CIV S-06-0594 LKK KJM

    vs.

ARTHUR J. GALLAGHER AND CO.,

    Defendant.                               ORDER

_____/

        The parties are presently embroiled in a discovery dispute regarding the deposition of nonparty Geoff Logan. Plaintiff filed a motion to compel with insufficient notice inasmuch as there has not been a total failure to respond to the deposition notice and subpoena and plaintiff seeks relief that is more than the imposition of sanctions. See Local Rule 37-251(e). Because the subpoena was served on a date just four days prior to the date noticed for the deposition, defendant requested hearing on shortened time. Accordingly, a telephone conference was held. Timothy Ryan appeared telephonically for plaintiff. Steven Belgrade and Christina Nugent appeared telephonically for defendant and the subpoenaed nonparty Logan.

/////

/////

/////

1

1   Upon review of the file and the documents addressing the present dispute, and
2   good cause appearing, IT IS HEREBY ORDERED that the deposition of Geoff Logan shall take
3   place on December 1, 2006 in Sacramento.
4   DATED: November 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
global.ost